■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN REYES, Appellant. [686 NYS2d 843] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leach, J.), rendered July 30, 1997, convicting him of robbery in the second degree (three counts), robbery in the third degree, unauthorized use of a motor vehicle in the third degree, and theft of services, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, the record does not reveal that a *Batson* violation occurred (*see, Batson v Kentucky,* 476 US 79). The defendant failed to make a prima facie demonstration that the People impermissibly used their peremptory challenges to strike black venirepersons for racially-discriminatory purposes (*see, People v Allen,* 86 NY2d 101; *People v Childress,* 81 NY2d 263, 266; *see also, People v Lowe,* 234 AD2d 564; *People v Penick,* 229 AD2d 405; *People v Vidal,* 212 AD2d 553).

The defendant's remaining contentions are without merit. Ritter, J. P., Altman, Goldstein and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR REYES, Appellant. [685 NYS2d 624] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 9, 1998 (*People v Reyes,* 248 AD2d 493), affirming a judgment of the Supreme Court, Kings County, rendered July 25, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Friedmann, Goldstein and Luciano, JJ., concur.